IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAVEZ DARRYL BROWN | : | NO. 26-166-1 |

ORDER

AND NOW, this 1st day of October 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant to the extent it seeks to suppress evidence seized as a result of the search of defendant's residence at 659 Brill Street in Philadelphia (Doc. #23) is DENIED; and

(2) the motion of defendant to the extent it seeks to suppress evidence seized as a result of the search of defendant's 2011 Gray Chevrolet Tahoe (Doc. #23) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
J.